KENNETH D. FISHER, Appellant, v. IRVING THROCKMORTON and Others, Respondents. HERBERT E. TEDEN, Appellant, v. IRVING THROCKMORTON and Others,

Respondents. (Consolidated Appeals.)— Actions to recover the difference between the total amount of commissions each plaintiff claims he should have received and the amount each actually did receive. Orders granting defendants' motions for judgment dismissing the amended complaints, and the judgments entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.